UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | SACV 13-0088 AG (JPRx) | Date | February 15, 2013 |
|---|---|---|---|
| Title | THANH V. BUI v. ERIC H. HOLDER, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING CASE

Plaintiff Thanh V. Bui ("Plaintiff") filed a complaint with this Court asking the Court to review Plaintiff's naturalization application. On January 28, 2013, this Court issued an Order to Show Cause ("OSC") ordering Plaintiff to show why this case should not be dismissed for lack of jurisdiction. Plaintiff responded to the OSC, but his response ("Response") still fails to show a basis for jurisdiction, so the Court DISMISSES this case.

Plaintiff claims this Court has jurisdiction under 8 U.S.C. § 1447, which gives district courts jurisdiction to review decisions on naturalization applications if the United States Citizenship and Immigration Services ("USCIS") has not made a determination on the application within 120 days after applicant's examination. 8 U.S.C. § 1447.

Plaintiff's Complaint and Response are difficult to understand. Both make contradictory statements about whether Plaintiff's naturalization application is still pending. Combing through the papers, it appears that the application process unfolded as follows. Plaintiff applied for naturalization and had an interview in December 2011. (*See* Response, Attachment 3.) Plaintiff received a decision in January 2012 denying his application.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0088 AG (JPRx) | Date | February 15, 2013 |
|---|---|---|---|
| Title | THANH V. BUI v. ERIC H. HOLDER, et al. | | |

(*See* Compl., Dkt. No. 1, at 6 (alleging that Plaintiff received a letter on January 5, 2012 stating he was ineligible for naturalization due to his absence from the United States for more than six months); Response, Attachment 3, at 57 (listing "Decision on 01/05/12 of USCIS of Santa Ana").)  Plaintiff sent numerous letters challenging the decision, filed at least two requests for review via the USCIS form "N-336, Request for a Hearing on a Decision in Naturalization Proceedings," and filed a request for review in Immigration Court.  (*See* Response, at 2, Attachment 4 (two separate N-336 forms), Attachment 5 (petition to Immigration Court).)  Plaintiff alleges that "Unhappily, USCIS has never responded!"  (Response, at 2.)  The Court understands this allegation, and Plaintiff's other allegations about delay by USCIS, to refer to Plaintiff's filings that challenge the *denial* of his application, rather than any failure by USCIS to *make a decision*.  Because Section 1447 only gives this Court jurisdiction if USCIS failed to make a decision, the Court finds Plaintiff has not established jurisdiction.

While the Court is sympathetic to Plaintiff's lengthy efforts to obtain review of his naturalization application, and the possible delays he has experienced, the Court may not hear a case without the proper jurisdiction to do so.  The Court DISMISSES this case.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |